**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 565 EAL 2019

           Respondent :

            : Petition for Allowance of Appeal
            : from the Order of the Superior Court

           v. :

            :

TYRIK OLIVER, :

           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.